```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
_____

KEVIN THERRIEN,

                        Petitioner,

                                                         No.9:03-CV-0045
       v.                                             (FJS/RFT)

JOSEPH DAVID,

                        Respondent.
_____

APPEARANCES:                            OF COUNSEL:

KEVIN THERRIEN,
Petitioner, Pro Se
01-A-5615
Last Known Address:
Southport Correctional Facility
P.O. Box 2000
Pine City, New York   14871

HON. ELIOT SPITZER            MICHAEL G. McCARTIN, ESQ.
Attorney General for the     Assistant Attorney General
  State of New York
Department of Law
The Capitol
Albany, New York   12224

**FREDERICK J. SCULLIN, JR.,C.D.J.:**

## DECISION AND ORDER

    The above-captioned matter having been presented to me by

the Report-Recommendation of Magistrate Judge Randolph F. Treece filed July 29, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter; and Judge Treece's Report-Recommendation which was mailed to plaintiff's last known address, but was returned to the Clerk's office marked "Undeliverable."  Under Local Rule 41.2(b), failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action.  Therefore, in light of Plaintiff's failure to notify the Court of his change of address, it is hereby

**ORDERED**, that the Report-Recommendation filed by Magistrate Judge Randolph F. Treece filed on July 29, 2005 is, for the reasons stated therein, **ACCEPTED** in its entirety; and it is further

**ORDERED**, that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**.

**IT IS SO ORDERED.**

DATED: September 6, 2005
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge